In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-509 CV


____________________



THERESA HAYNES, IN TRUST FOR DOMINIQUE HAYNES, Appellant



V.



MONTGOMERY COUNTY, CONSTABLE CHUMLEY, WALDEN C.I.A., 


AND SUSAN ESCOBAR AND ARNOLD ESCOBAR, Appellees






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 04-02-01229 CV






 MEMORANDUM OPINION 


 On January 5, 2006, we notified the parties that the notice of appeal did not identify
a judgment or other appealable order, and that it appeared no judgment or appealable order
has been signed in the case. Appellees Susan Escobar and Arnold Escobar filed a
response.

 The notice of appeal seeks to appeal an "Order Granting Defendant's Motion to
Compel Responses to Request for Disclosure and Request for Production." The trial court
has not signed its final judgment on the case. No appealable order has been signed by the
trial court. See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001). The
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED. 


 ___________________________

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered February 9, 2006 

Before McKeithen, C.J., Gaultney and Kreger, JJ.